IC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DETERTORING SANDERS

Judge: Jeffery L. Cummings
Magistrate Judge: Ken L Holleb Hotaling
cat #2

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 25-15422
(To be supplied by the Clerk of this Court)

GRIFOLS BIOMAT INC,
et al.,

FILED
MAY 27 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

**AMENDED COMPLAINT**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: DETERTORING SANDERS

B. List all aliases: ______

C. Prisoner identification number: N/A

D. Place of present confinement: ______

E. Address: 421 EAST 69TH ST APT#1, CHgo, Illinois 60637

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: JOSE: BIOMAT INC

Title: NURSE

Place of Employment: BIOMAT U.S.A. INC 2410 Grifols WAYS, Los Ageles, CA 90032

B. Defendant: CURTIS: BIOMAT INC

Title: NURSE

Place of Employment: BIOMAT U.S.A INC 2410 Grifols WAYS, Los Angeles, CA 90032

C. Defendant: A.P.: BIOMAT INC

Title: biophotomist

Place of Employment: BIOMAT U.S.A. INC 2410 Grifols WAYS, Los Angeles, CA 90032

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: UNKNOWN

B. Approximate date of filing lawsuit: UNKNOWN

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: UNKNOWN

D. List all defendants: UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______

F. Name of judge to whom case was assigned: UNKNOWN

G. Basic claim made: UNKNOWN

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): UNKNOWN

I. Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)





[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1C

**United States District Court**
**Northern District of Illinois**

Detertoring Sanders
Plaintiff

v.

Grifols Biomat INC Plasma Blood Donation Center
Defendant

JOSE NURSE; IN HIS INDIVIDUAL CAPACITY,
A.P.; IN HER INDIVIDUAL CAPACITY,
CURTIS NURSE; IN HIS INDIVIDUAL CAPACITY.

**COMPLAINT**

1:25-cv-15422
Judge Jeffrey I Cummings
Magistrate Judge Keri L. Holleb Hotaling
Random/Cat. 2

RECEIVED
DEC 19 2025 BT
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ON OR ABOUT HEREIN DATED 10-06-2025 MR. Detertoring SANDERS, HAD TAKEN AN HEPATITIS B VACCINE SHOT TO PREVENT HIM CATCHING AN ORGAN LIVER DISEASE THAT RESULT WAS NEGATIVE. AT; ESPERANZA HEALTH CENTER, THE NEXT FOLLOWING DAY 10-07-2025 MR. Detertoring SANDERS DONATED PLASMA AT BIOMAT PLASMA CENTER WHILE SANDERS ANSWERING QUESTION IN SERIES ON THE BIOMAT KIOSK THERE WAS A QUESTION THAT CAME UP WHERE MR. SANDERS ANSWERED IN CORRECTLY ABOUT HEPATITIS B VACCINE, MR. DETERTORING SANDERS PUT BIOMAT REPRESENTIVE ON ALERT THAT A QUESTION ANSWERED IN CORRECT BEFORE BIOMAT TAKEN HIS VITALS SIGNS.

THE BIOMAT REPRESENTIVE CONTINUE TO ALLOW MR. SANDERS TO PROCEED TO THE DONOR FLOOR TO DONATE

- OVER -

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

WHILE MR. SANDERS, WAS DONATE PLASMA SANDERS INFORMED (NICKNAME A.P.) THAT HE RECEIVE A VACCINATION SHOT FROM ESPERANZA HEALTH CENTERS.

BIOMAT INC. PUT IN NATION WIDE DATA BASE, THAT MR. SANDERS HAS HAPTITIS B POSITIE WHERE MR. SANDERS INDEFINITE DEFFED FOR LIFE.

(A.P.) INFORM SANDERS, NOT WORRY ABOUT THE KIOSK QUESTION MISTAKE JUST BRING BACK ESPERANZA HEALTH CENTERS IT WILL BE BUT ON THE DATE OF 10-09-2025 BIOMAT PLASMA CENTER ALLOW MR. SANDERS TO DONATE AGAIN.

IN WHICH THIS INCORRECT PLASMA DONATION REPORT IS WRONG MR. SANDERS DOES NOT HAVE ANY DIEASES THESE DAMAGES ARE INDEFINITE FOR LIFE

NOW SANDERS CANNOT DONATE PLASME TO SAVE LIFE BECAUSE OF THIS REPRESENTIVES ERRORS, MR. SANDERS IS NEGATIVE. THIS WAS MR. SANDERS ONLY SOURCE OF INCOME BESIDE, IDHS EBT LINK CARD.

## CONCLUDE

PRAY THE COURTS RESOLVE THE FALSE REPORT TO NATION DATA BASE.

Respectfully Submitted

Detentaiz Sands

12-19-2025

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

MONETARY DAMAGES FROM PRIOR TO PRESENTED DENIED PLAINTIFF FROM DONATE PLASMA. INJUNCTION RELIEF TO ALLOW PLAINTIFF TO DONATE PLASMA TO PROCEED TO GIVE PLASMASA TO SOCIETY PLAINTIFF DO NOT HAVE ANY DIESEASE NATIONAL DATE RESTORE MY PLASMA DONATION I DON'T HAVE HAY-B

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25 day of MAY, 20 26

Detertoring Sanders
(Signature of plaintiff or plaintiffs)

Detertoring Sanders
(Print name)

N/A
(I.D. Number)

421 EAST 69TH ST APT#1
CHICAGO, Illinois 60637
(Address)

 Revised 9/2007